# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __09-739m__
2) Defendant's Name: __Rahhaoui__ (Last) __Peter__ (First) __S.__ (M.I.)
3) Age: _____
4) Title: __18__   Section(s): __1029__
5) Citizen of: _____   Needs: _____ Interpreter
6) Arrest Warrant Issued: _____   Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: __✓__   Language: _____
9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __1/11/10__
10) Detention Hearing Held: ___ Bail set at: _____   ROR Entered: ___ POD Entered: __✓__
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: __Amir Toosi for__
13) ASSISTANT U.S. ATTORNEY: __Michael Tremonte__
14) DEFENSE COUNSEL'S NAME: __Steven Lusquadru__
    Address: _____
    Bar Code: _____   CJA: __ FDNY: __✓__ RET: ___
    Telephone Number: ( _____ )
15) LOG #: __( 2:59 - 3:05 )__   MAG. JUDGE: __Lois Bloom__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE