# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  Cheryl Pollak                DATE:  2/22/10

DOCKET NUMBER:  10 CR 91 (NGG)        LOG #:  11:21 - 11:26

DEFENDANT'S NAME:  Peter Rahhaoui
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:  Shawand Woodwayne  Alan Seidler
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:  Michael Tremonte        DEPUTY CLERK:  S Myner

INTERPRETER: _____ (Language) _____

_____ Hearing held.    _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type ___ Start ___ Stop ___

✓ Order of Speedy Trial entered.   Code Type ___ Start 2/22 Stop 3/22/10.

_____ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

_____ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS:  CJA Steven Lusquadro relieved.