# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

_Peter Kahhaoui_
Defendant.

Docket Number : 10 cr 0091

Judge : Garaufis

Date : 2-22-10

PLEASE NOTICE, that I have been RETAINED by _Kahhaoui_ the above named defendant. I was admitted to practice in this district on _1976_.

Signature : _B. Alan Seidler_

Print Name : _B. Alan Seidler_

Bar Code : _BS 3614_

Office Address : _580 Broadway NY NY 10012 #709_

Telephone # : _212 334-3131_

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

　　**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)