UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BEFORE: CAROL BAGLEY AMON, U.S.D.J.

DATED: 04/16/10          TIME: 2:45-2:50

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui- c          ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Marie Foley

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: V. Holley

Govt reviewing dft's business records, etc.

Further conference 05/17/10 at 9:30.

OED ent'd (interest of justice).