UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 05/17/10                    TIME: 9:45-9:50

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui- c              ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Gene Rudolph

INTERPRETER: Alfredo Garcia (Sp)

PROBATION OFFICER:

PRETRIAL OFFICERS:                        DEPUTY: V. Holley


OED ent'd (interest of justice).

Further conference 05/26/10 at 2:30.