UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 05/26/10          TIME: 2:30-2:35

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui- c          ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Marsha Diamond

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: V. Holley


OED ent'd (interest of justice).

Further conference 06/09/10 at 9:30.