UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 06/09/10                    TIME: 9:35-9:45

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui- c          ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:                            ATTORNEY:

DEFENDANT:                            ATTORNEY:

DEFENDANT:                            ATTORNEY:

DEFENDANT:                            ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Burt Sulzer

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                    DEPUTY: V. Holley

OED ent'd (interest of justice).

Further conference 06/23/10 at 2:00.