UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 06/23/10        TIME: 2:25-2:35

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhhaoui- c          ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte-By: Justin Lerer

COURT REPORTER: Anthony Mancuso

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                      DEPUTY: V. Holley

Dismissal Order pending signature by US Atty.

Govt consents to bail.

Dft released on PRB.   Bond executed.

Further conference 07/01/10 at 11:30.

OED ent'd (interest of justice).