

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM:MT
F.#2008R02254

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 30, 2010

**Via ECF**

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   United States v. Peter S. Rahhaoui
             Criminal Docket No. 10-091 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter, pursuant to my discussion earlier today with Your Honor's courtroom deputy, to confirm that the government has not yet determined whether to seek dismissal of the indictment in the above-captioned case.  The government and defense counsel agree to a one-week adjournment of the status conference that is currently scheduled for tomorrow, July 1, 2010 at 11:30 a.m. until Friday, July 9, 2010 at 10:00 a.m.

                                   Respectfully submitted,

                                     LORETTA E. LYNCH
                                   United States Attorney

                      By:   /s/
                            Michael Tremonte
                            Assistant U.S. Attorney
                            (718) 254-6389

cc: Alan Seidler, Esq. (via ECF)