*Red for Diary 8/2/10*

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

**FILED**
IN CLERK'S OFFICE
**US** DISTRICT COURT E.D.N.Y.

★ **AUG 1 2 2010** ★

**BROOKLYN OFFICE**

TM:MT
F.#2008R02254

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2010

*Application granted. Time is excluded from July 29 to Aug 10 at 3:30 under the interests of justice.*

*So Ordered*  s/Carol B. Amon

7/28/10

**Via ECF**

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Peter S. Rahhaoui
     Criminal Docket No. 10-091 (CBA)

Dear Judge Amon:

        The government respectfully submits this letter, pursuant to my discussion earlier this afternoon with Your Honor's courtroom deputy, to confirm that the government has not yet determined whether to seek dismissal of the indictment in the above-captioned case.  The government and defense counsel agree to an adjournment of the status conference that is currently scheduled for Thursday, July 29, 2010 at 5:00 p.m. until Tuesday, August 10, 2010.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

        By:   /s/_____
                        Michael Tremonte
                        Assistant U.S. Attorney
                        (718) 254-6389

cc: Alan Seidler, Esq. (via ECF)