UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 07/09/10          TIME: 10:20-10:30

CRIMINAL CAUSE FOR: **Status Conference**

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui          ATTORNEY: B,. Alan Seidler, Esq.

DEFENDANT:                         ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Mickey Brymer

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                 DEPUTY: V. Holley


Conference held.

Govt seeking additional information from Secret Service.

OED ent'd.

Further conference 07/29/10 at 5:00.