UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 08/10/10          TIME: 3:35-3:40

CRIMINAL CAUSE FOR: **Status Conference**

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui          ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:                         ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Holly Driscoll

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                 DEPUTY: V. Holley

Conference held.
Further conference set for 08/19/10 at 3:45.
OED ent'd (interests of justice).

Case 1:10-cr-00091-CBA   Document 32   Filed 08/10/10   Page 1 of 1