UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 08/19/10            TIME: 3:45-4:15

CRIMINAL CAUSE FOR: **Status Conference**

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui            ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:                            ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Anthony Frisolone

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                    DEPUTY: V. Holley

Conference held.
Govt intends to proceed with Indictment.
Gov to make efforts at assisting defense counsel in producing Hong Kong documents.
Further conference 09/15/10 at 4:30.

OED ent'd (interests of justice).