UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 09/17/10               TIME: 12:00-12:30; 2:30-2:35

CRIMINAL CAUSE FOR: **Status Conference**

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui          ATTORNEY: B. Alan Seidler, Esq.

DEFENDANT:                         ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Marsha Diamond

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                 DEPUTY: V. Holley


Dft seeks new counsel. Mr. Seidler seeks to be relieved. Applications granted.
Previously assigned counsel, Steven Losquadro reappointed by the Court.
Mr. Seidler relieved and directed to turn over his file to new counsel asap.
Case to be recalled.

Recall:
Mr. Losquardo appears by telephone.
Further conference set for 10/01/10 at 11:30.
OED ent'd (new counsel).