UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**<u>BEFORE: CAROL BAGLEY AMON, U.S.D.J.</u>**

DATED: 10/01/10           TIME: 11:40-11:55

CRIMINAL CAUSE FOR: **Status Conference**

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui           ATTORNEY: Steven Losquadro, Esq.

DEFENDANT:           ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Burt Sulzer

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:           DEPUTY: V. Holley

Parties arranging schedule for Rule 15 Hong Kong deposition.

Case deemed complex. OED ent'd.

Further conference set for 11/01/10 at 11:30.