UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 11/01/10          TIME: 11:35-11:50

CRIMINAL CAUSE FOR: **Status Conference**

DOCKET #: CR10-00091

| | |
|---|---|
| DEFENDANT: Peter Rahhaoui | ATTORNEY: Steven Losquardo, Esq. |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Ronald Tolkin

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: V. Holley

Conference held.

Parties have arranged for victim's deposition to take place in Hong Kong on 11/1/10.

Court orders govt to release dft's passport for limited purpose of traveling to Hong Kong with his counsel.

OED cont'd (complex case).

Further conference 11/24/10 at 9:30.