STEVEN E. LOSQUADRO
ATTORNEY AT LAW
649 ROUTE 25A
SUITE 4
ROCKY POINT, NEW YORK 11778
(631) 744-9070
FAX (631) 744-9421
WWW.LOSQUADROLAWFIRM.COM

November 8, 2010

Hon. Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *United States v. Peter Rahhaoui*
                  **Criminal Docket No. 10-091 (CBA)**

Dear Judge Amon:

      I write, due to emergency circumstances that have just occurred, to request an adjournment of the time in which a deposition will be conducted in Hong Kong of the complaining witness in this case. I represent my brother, the Hon. Daniel P. Losquadro, a Suffolk County Legislator. This year Daniel P. Losquadro ran as a candidate for the New York State Assembly. The election was vigorously contested, and involved, over the course of the campaign, several matters brought in the New York State Supreme Court pursuant to the New York State Election Law.

      On November 3, 2010, the day after the election, it became apparent that Daniel P. Losquadro emerged with a lead in the Assembly race. Due to the close nature of the contest, today, November 8, 2010, I was compelled to before the New York State Supreme Court, as Daniel P. Losquadro's representative, to appear on an Order to Show Cause brought by Daniel P. Losquadro's opponent. The Order to Show Cause, brought in a new action entitled *Matter of Marc S. Alessi v. Daniel P. Losquadro and Suffolk County Board of Elections*, before the Hon. Elizabeth F. Emerson, requires me, as Daniel P. Losquadro's counsel, to participate in a re-count process that will continue through next week, and also to appear at a Hearing to be conducted before the Supreme Court on November 15, 2010.

      Upon hearing the Court's directive today, I immediately called AUSA Michael Tremonte upon leaving the courtroom in Riverhead, New York. Mr. Tremonte understood the exigent circumstances I related to him, and informed me that the Government would take no position regarding my application to the Court. As I have

Hon. Carol B. Amon
November 8, 2010
Page Two

represented my brother during this election cycle, and am intimately familiar with the facts and circumstances that will be litigated during this matter that was brought by an emergency application by my brother's opponent, it is imperative that I be available so that he will be properly and meaningfully represented. Moreover, I respectfully inform that Court that Daniel P. Losquadro's campaign ended the election with no campaign funds available. Thus, even thought there does not exist someone who could step into my shoes to represent him under these exigent circumstances, there also do not exist the funds to hire another attorney. Accordingly, I respectfully request that an excludable adjournment of no more that 60 days be granted in order to conduct the deposition.

    I thank Your Honor for her courtesy and consideration of this request.

                                        Sincerely,

                                        Steven Losquadro

cc: AUSA Michael Tremonte

STEVEN E. LOSQUADRO