*U.S. Department of Justice*



*United States Attorney
Eastern District of New York*

AB:MT
F.#2008R02254

*271 Cadman Plaza East
Brooklyn, New York  11201*

December 6, 2010

**Via ECF**

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Peter S. Rahhaoui
           Criminal Docket No. 10-091 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter to apprise the Court of recent developments concerning the proposed deposition in Hong Kong, pursuant to Fed. R. Crim. P. 15, of Mr. Chun Chuen Chan, who is a witness in the above-captioned case.  The government's request for permission from the Hong Kong authorities to depose Mr. Chan was made through the U.S. Department of Justice, Office of International Affairs ("OIA").  OIA has informed me that the Hong Kong authorities have not yet granted permission for the deposition of Mr. Chan.  Thus, the parties are not traveling to Hong Kong this week to take the deposition of Mr. Chan, as discussed at the last status conference.  The government will promptly inform the Court

if it receives further information concerning the status of the proposed deposition of Mr. Chan prior to the next status conference, which is currently scheduled for Tuesday, December 14, 2010.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                            By:   /s/_____
                                        Michael Tremonte
                                        Assistant U.S. Attorney
                                        (718) 254-6389

cc: Steven Losquadro (via ECF)