

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

F.#2008R02254

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 13, 2010

**Via ECF**

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Peter S. Rahhaoui
             Criminal Docket No. 10-091 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter, after conferring with counsel for the defendant and Your Honor's courtroom deputy, to request an adjournment of the status conference that is currently scheduled in the above-captioned case for tomorrow, December 14, 2010.  As noted in the government's prior letter, dated December 6, 2010, the U.S. Department of Justice, Office of International Affairs has informed me that the Hong Kong authorities have not yet granted permission for the deposition of Mr. Chun Chuen Chan in Hong Kong.  Both parties would prefer, if possible, to go forward with the deposition of Mr. Chan.  Accordingly, the parties seek a brief adjournment of the status conference until after the New Year.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

               By:   /s/_____
                     Michael Tremonte
                     Assistant U.S. Attorney
                     (718) 254-6389

cc: Steven Losquadro, Esq. (via ECF)