UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 01/11/11        TIME: 10:20-10:50

CRIMINAL CAUSE FOR: **Guilty Plea**

DOCKET #: CR10-00091

DEFENDANT: Peter Rahhaoui                ATTORNEY: Steven Losquadro, Esq.

DEFENDANT:                               ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Tremonte

COURT REPORTER: Sheldon Silverman

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                       DEPUTY: V. Holley


Dft sworn & advised of rights.

G/P to Count #1 of Indictment accepted by the Court.

Dft's sentencing submissions due 04/06/11.  Govt's response due 04/13/11.

Sentencing set for 04/20/11 at 9:30.